**Order entered December 20, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00422-CR

**NOLAN LAVON JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F14-48249-M**

## ORDER

Before the Court is appellant's December 19, 2016 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed within seven days from the date of this order. If appellant's brief is not filed within seven days from the date of this order, this appeal will be abated for the trial court to make findings in accordance with Rule of Appellant Procedure 38.8.

/s/    ADA BROWN
         JUSTICE